# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

KEVIN AGUILAR-CABRERA,

*Petitioner*,

v.

MARKWAYNE MULLIN, *et al.*,

*Respondents.*

Case No. 26-cv-2718-ABA

## TEMPORARY RESTRAINING ORDER

The Court held a status conference on July 13, 2026. ECF No. 8. As agreed upon by the parties, and for the reasons stated on the record, the Court hereby:

1. ORDERS EFFECTIVE IMMEDIATELY that (1) Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert or participation with them are hereby RESTRAINED from removing Petitioner from the United States; (2) a violation of this Temporary Restraining Order shall subject Respondents and all other persons bound by this Order to all applicable penalties, including contempt of court; and (3) Respondents are directed to ensure that the custodian of Petitioner is served with this Order immediately;

2. FINDS that, pursuant to Federal Rule of Civil Procedure 65(c), no bond is necessary;

3. This TEMPORARY RESTRAINING ORDER remains in effect until the Court issues a decision on the pending Petition and Motion for Temporary Restraining Order (ECF No. 4); and

4. ORDERS the following briefing schedule:

   a. **July 15, 2026** – Respondents shall file the notice provided to

1

Petitioner regarding the third country, if any, that has been designated for his removal;

b.  **July 21, 2026** – Respondents' response to the Petition and the Motion for Temporary Restraining Order;

c.  **July 23, 2026** – Petitioner's reply to the Petition and Motion for Temporary Restraining Order.

Date:  July 13, 2026

_____*/s/*_____
Adam B. Abelson
United States District Judge

1